1  **MARTIN & BONTRAGER, APC**
2  G. Thomas Martin, III (SBN 218456)
   Nicholas J. Bontrager (SBN 252114)
3  4419 Van Nuys Blvd., Ste. 301
4  Sherman Oaks, CA 91403
   T: (323) 940-1700
5  F: (323) 238-8095
6  Tom@mblawapc.com
   Nick@mblawapc.com
7
8  Attorneys for Plaintiff
   CODY A. MCKINNEY
9
10
11              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
12
13
14 | CODY A. MCKINNEY, Individually ) Case No.: 8:25-cv-01945-JWH-KES
   | and on behalf of all others similarly )
15 | situated,                             ) **NOTICE OF SETTLEMENT**
                                          )
16 | Plaintiff,                            )
17 |                                       )
   |     vs.                              )
18 |                                       )
19 | HYUNDAI CAPITAL AMERICA              )
   | DBA KIA FINANCE AMERICA,             )
20 |                                       )
21 | Defendant.                            )
22 |                                       )
23

24    NOW COMES Plaintiff, CODY A. MCKINNEY ("Plaintiff"), by and
25 through the undersigned counsel, to inform this Honorable Court that the parties
26 in the above-captioned case have reached a settlement on an individual (i.e., not
27 class-wide) basis. The parties are diligently working on the settlement
28 documentation and Plaintiff anticipates filing a voluntary dismissal of this action

---

NOTICE OF SETTLEMENT
-1-

with prejudice as to Plaintiff's individual claims pursuant to FED. R. CIV. P. 41(a)(1)(A) within forty-five (45) days.  Plaintiff requests that the Court vacate all pending hearings and deadlines in the interim pending full performance on the settlement terms and subsequent filing of the aforementioned dismissal.

Date: December 18, 2025                              MARTIN & BONTRAGER, APC

                                                By:/s/ G. Thomas Martin, III
                                                    G. Thomas Martin, III
                                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Notice of Settlement has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III, Esq.