JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY A. MCKINNEY, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>HYUNDAI CAPITAL AMERICA DBA KIA FINANCE AMERICA,<br><br>  Defendant. | Case No. 8:25-cv-01945-JWH-KESx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 16] entered on or about December 18, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 11, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE